IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

SHAMBHALA INTERNATIONAL (VAJRADHATU), a Colorado non-profit corporation

Plaintiff,

v.

THE SHAMBALLA SCHOOL OF ESOTERIC SCIENCES, INC., a Delaware non-profit corporation, d/b/a Shamballa MDH in the Americas and Shamballa Americas Association

Defendant.

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Shambhala International states for its Disclosure Statement:

There is no parent corporation or any publicly held corporation owning 10% or more of Shambhala International's stock.

Respectfully submitted this 25th day of January, 2012

                HUTCHINSON BLACK AND COOK, LLC

                By:*s/Kimberly M. Hult*
                    William D. Meyer
                    Kimberly M. Hult
                    921 Walnut Street, Suite 200
                    Boulder, CO  80302
                    Phone:  (303) 442-6514
                    Fax: (303) 442-6593
                    meyer@hbcboulder.com
                    hult@hbcboulder.com

                    Attorneys for the Plaintiffs